UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 21573
  CALVIN TINDALL
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

          Debtor
  SSN XXX-XX-5111


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 11/16/07 .

     2.  The case was dismissed without confirmation, 12/21/2007.

--------------------------------------------------------------------------------
CREDITOR NAME               CLASS        CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------

          Summary of disbursements:
--------------------------------------------------------------------------------

                   SECURED     PRIORITY   UNSECURED       OTHER        TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00         .00        .00          .00          .00
PRINCIPAL PAID         .00         .00        .00          .00          .00
INTEREST PAID          .00         .00        .00          .00          .00
TOTAL PAID             .00         .00        .00          .00          .00
The Debtor's attorney, PAUL R IDLAS                , was allowed $      .00
and was paid $      .00 .

The Trustee received $      .00 .

Refunds to the Debtor totaled $      .00 .


     Dated: 03/11/08                     /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE

```
                              PAGE   2
CASE NO. 07 B 21573 CALVIN TINDALL
```